UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL SESSOMS,                                )
                                               )
                    Plaintiff,                 )
                                               )        **JUDGMENT IN A CIVIL CASE**
        v.                                     )
                                               )        **CASE NO. 5:21-CV-484-D**
KILOLO KIJAKAZI, Acting Commissioner of        )
Social Security,                               )
                    Defendant.                 )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.


**This Judgment Filed and Entered on September 9, 2022, and Copies To:**
Charles F. Hall, IV                               (via CM/ECF electronic notification)
Amanda B. Gilman                                  (via CM/ECF electronic notification)




DATE:                              PETER A. MOORE, JR., CLERK
September 9, 2022                  (By)  /s/ Nicole Sellers
                                    Deputy Clerk